USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/22/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**CHRISTIAN RODRIGUEZ,**

                          **Plaintiff,**

      **-against-**

**HOME DEPOT U.S.A., INC. ,**

                        **Defendants.**

**19-cv-3471 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:** The parties should submit a joint status report by July 23 2020. **SO ORDERED.**

Dated:  June 22, 2020
       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**