USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 14, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHRISTIAN RODRIGUEZ,** | |
| Plaintiff, | **19-cv-3471 (ALC) (GWG)** |
| -against- | |
| **HOME DEPOT U.S.A., INC.** | **ORDER OF DISCONTINUANCE** |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty five days.

**SO ORDERED.**

Dated:   April 14, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**